Vice, Karl John                                                                               09-11962

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS       111
                         60-249 / 433
TID #380380
WILBUR J. (BILL) BABIN, JR.              32
                                         12594

| Case | Debtor |
|---|---|
| 09-11962 JAB    VICE, KARL JOHN 920064906729666 | |
| COMBINED SMALL CHECK | |

Date   08/25/2010        $ ***********4.65

~~~Four Dollars and 65/100

Pay to the Order of   U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

О 2493ı: 920064906 72966ı"

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227625     - KW
* * C O P Y * *
September 10, 2010
13:16:54

UNC.UNDER$25
09-11962
Debtor.: KARL JOHN VICE
Trustee: Wilbur Babin, Jr.
Amount.:              $4.65 CH
Check#.: 111

Total-> $4.65

FROM: BABIN

9/10/10
Deposit to 106000
Treasury Acct

Due:
American Express
Centurion Bank
c/o Becket & Lee LLP
POB 3001
Malvern, PA 19355

CV.

**WILBUR J. "BILL" BABIN, JR.**
*Trustee in Bankruptcy*
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

September 8, 2010

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA  70130-3386

In re:  VICE, KARL JOHN
USBC NO. 09-11962, SECTION B

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $4.65 representing dividends in an amount less than $5.00 due to the following creditors:

| | |
|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355<br>Claim #3 | $4.65 |
| **Total:** | $4.65 |

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure